# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE EMMES COMPANY, LLC,** | : | **CIVIL ACTION NO. 1:20-CV-877** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SAP AMERICA, INC.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 30th day of December, 2020, upon consideration of the motion (Doc. 11) to dismiss or, alternatively, to transfer, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 11) is GRANTED only to the extent it requests transfer to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court shall TRANSFER this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania